```
                   IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MARTA NAZARIO                     : CIVIL ACTION
                                  :
     vs.                          :
                                  : NO. 10-CV-3510
ACB AMERICAN, INC.,               :
```

**ORDER**

AND NOW, this   11th   day of August, 2010, it having been reported that the issues between the parties in the above action have been settled and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is hereby ORDERED that the above action is DISMISSED with prejudice, pursuant to the agreement of counsel, without costs.

                                       BY THE COURT:



                                       s/J. Curtis Joyner
                                       J. CURTIS JOYNER,        J.